UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MILTON WATTS,

             Plaintiff,

-vs-                                          Case No.  2:06-cv-588-FtM-29SPC

ACESS DOOR AND GLASS, INC.,

             Defendant.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

_____This matter comes before the Court on the Plaintiff Milton Watts and the Defendant Access Door & Glass, Inc.'s Joint Notice of Filing and Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #28) filed on September 21, 2007.  The Motion was referred to the undersigned for the issuance of a Report and Recommendation (R & R ) on September 21, 2007.

       This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.* The Parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 28, Exhibit A), the Parties provide that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees.  Because the Plaintiff Milton Watts has agreed that the settlement figure was entered into knowingly and

voluntarily, after having the opportunity to fully discuss it with his attorney, the Court concludes that

the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RECOMMENDED:**

The Plaintiff Milton Watts and the Defendant Access Door & Glass, Inc.'s Joint Notice of

Filing and Motion for Approval of Settlement Agreement as Stipulated Final Judgment  (Doc. #28)

should be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this__24th__ day of September, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record