UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MILTON WATTS,

                Plaintiff,

vs.                                  Case No.  2:06-cv-588-FtM-29SPC

ACCESS DOOR AND GLASS, INC.,

                Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #29), filed September 24, 2007, recommending that the parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc.#28) be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the specific terms of settlement (Doc. #28, pp. 3-4), and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge because the settlement was fair and reasonable under the circumstances and the attorney's fees represent a reasonable hourly rate for the hours expended.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **adopted.**

2.  The parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc.#28) is **GRANTED.**

3.  The Clerk shall enter judgment dismissing the case with prejudice pursuant to the Settlement Agreement and Full and Final Mutual Release of All Claims, terminate all pending deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this   12th   day of October, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties